No. 64941.—Witkowski New York Agency, Inc., and J. J. Gavin & Co., Inc. *v.* United States, protest 60/3605 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of flashgun socket adapters the same in all material respects as those the subject of *Witkowski New York Agency, Inc., et al.* v. *United States* (42 Cust. Ct. 84, C.D. 2069), the claim of the plaintiffs was sustained.

No. 64942.—E. D. Magnus & Associates, Inc. *v.* United States, protest 60/1095 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.

No. 64943.—J. B. Wood Shipping Co., Inc. *v.* United States, protest 60/465 (New York).

Opinion by LAWRENCE, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.